Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
20827 North Cave Creek Road, Suite 101
Phoenix, AZ  85024

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Debra Rusovick*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Rusovick,<br><br>        Plaintiff,<br><br>    v.<br><br>Hartford Life and Accident Insurance Company, Wal-Mart Stores, Inc., Group Long Term Disability Plan for Employees of Wal-Mart Stores, Inc.,<br><br>        Defendants. | Case No. 2:12-CV-00568-JAT<br><br>**STIPULATED MOTION TO DISMISS NAMED DEFENDANTS WITHOUT PREJUDICE** |

The parties to the above captioned matter, through their attorneys of record, hereby enter into the following stipulation:

Hartford Life and Accident Insurance Company ("Hartford") will be responsible for the payment of any final judgment awarding disability insurance benefits under Group Disability Policy number GLT205215 ("the benefits"), and, should the Court determine they are appropriate, interest on the benefits as well as an award of reasonable attorney's fees and costs incurred by Plaintiff's Counsel in recording the benefits.

Based on the forgoing stipulation, Plaintiff hereby dismisses Wal-Mart Stores, Inc. and Group Long Term Disability Plan for Employees of Wal-Mart Stores, Inc. without

prejudice.  The parties to this stipulation agree that Plaintiff can bring named Wal-Mart Defendants back into this lawsuit as a Defendant if Plaintiff concludes that it is necessary to do so and it is otherwise proper.  In the event that either named Wal-Mart Defendant is brought back into this action as a Defendant, this stipulation will have no force or affect.

RESPECTFULLY SUBMITTED this 31st day of May, 2012.

By: */s/ Kristina Holmstrom, Esq.*
     Kristina Holmstrom, Esq.
     Attorney for Defendant

By: */s/ Scott E. Davis, Esq.*
     Scott E. Davis, Esq.
     Attorney for Plaintiff