**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Rusovick,<br><br>   Plaintiff,<br><br>   v.<br><br>Hartford Life and Accident Insurance Company, Wal-Mart Stores, Inc., Group Long Term Disability Plan for Employees of Wal-Mart Stores, Inc.,<br><br>   Defendants. | Case No. CV 12-0568-PHX-JAT<br><br>**ORDER** |

Pursuant to the stipulation of the parties (Doc. 11), IT IS HEREBY ORDERED that Defendants Wal-Mart Stores, Inc. and Group Long Term Disability Plan for Employees of Wal-Mart Stores, Inc. are hereby dismissed from this action without prejudice.

Dated this 4th day of June, 2012.

James A. Teilborg
United States District Judge

-1-