LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429

Kristina N. Holmstrom, State Bar No. 023384
   Direct Dial:  (602) 262-5762
   Direct Fax:  (602) 734-3875
   EMail:  KHolmstrom@LRLaw.com

Attorneys for Defendant
Hartford Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Debra Rusovick, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV 12-568-PHX-JAT |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| Hartford Life and Accident Insurance | ) | |
| Company; Wal-Mart Stores, Inc.; Group | ) | |
| Long Term Disability Plan for Employees of | ) | |
| Wal-Mart Stores, Inc,, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant Hartford Life and Accident Insurance Company hereby gives notice

that the parties have settled their dispute.  The parties expect to submit a stipulation and

order of dismissal with prejudice within the next 30 days.

DATED this 23rd day of July, 2012.

LEWIS AND ROCA LLP

By /s/ *Kristina N. Holmstrom*
      Kristina N. Holmstrom
      Attorneys for Defendant Hartford Life and
      Accident  Insurance Company

2981533.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**CERTIFICATE OF SERVICE**

1

2          I hereby certify that on July 23, 2012, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
3    Notice of Electronic Filing to the following CM/ECF registrants:

4                                    Scott E. Davis, Esq.
                                     Scott E. Davis, P.C.
5                                    20827 North Cave Creek Road
                                     Suite 101
6                                    Phoenix, Arizona  85024
                                     Attorneys for Plaintiff
7

8                                    /s/ Roxann Draper
9                                    LEWIS AND ROCA LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2