**LEWIS AND ROCA LLP — LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429

Kristina N. Holmstrom, State Bar No. 023384
  Direct Dial: (602) 262-5762
  Direct Fax: (602) 734-3875
  EMail: KHolmstrom@LRLaw.com

Attorneys for Defendant
Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Rusovick,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Hartford Life and Accident Insurance Company; Wal-Mart Stores, Inc.; Group Long Term Disability Plan for Employees of Wal-Mart Stores, Inc,,<br><br>　　　　　　Defendants. | No. CV 12-568-PHX-JAT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, having settled their dispute, hereby stipulate that the Court shall dismiss this matter with prejudice. Each party will bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 2nd day of August, 2012.

| SCOTT E. DAVIS, P.C. | LEWIS AND ROCA LLP |
|---|---|
| By /s/ *Scott E. Davis*<br>　　Scott E. Davis<br>　　20827 North Cave Creek Road<br>　　Suite 101<br>　　Phoenix, Arizona 85024<br>　　Attorneys for Plaintiff | By /s/ *Kristina N. Holmstrom*<br>　　Kristina N. Holmstrom<br>　　40 North Central Avenue<br>　　Phoenix, Arizona 85004-4429<br>　　Attorneys for Defendant Hartford Life<br>　　and Accident Insurance Company |

3012513.1