UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Rusovick,<br><br>            Plaintiff,<br><br>vs.<br><br>Hartford Life and Accident Insurance Company; Wal-Mart Stores, Inc.; Group Long Term Disability Plan for Employees of Wal-Mart Stores, Inc,,<br><br>            Defendants. | No. CV 12-568-PHX-JAT<br><br>**ORDER OF DISMISSAL** |

Pursuant to stipulation (Doc. 18) and good cause appearing,

**IT IS ORDERED** that the above-captioned lawsuit is dismissed with prejudice.

Each party will bear its own attorneys' fees and costs.

Dated this 6th day of August, 2012.

James A. Teilborg
United States District Judge